FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Garcia, Ezechiel <br><br> Defendant. | Case No.: SACR 00-148 AHS <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD Calif___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backgrd info not yet verified; o/s warrant; fta history; history of not complying w/supervision conditions. lack of bail resources___

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on adt. Nature of alleged viols, which incl prior Aconvs while under supervision. extensive crim history record; prob viol history

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 10/21/08

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE